EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 02 2005

at __ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05 00360 DAE |
| Plaintiff, ) | INFORMATION |
| vs. ) | [21 U.S.C. §§ 841(a)(1); 841(b)(1)(A); 846] |
| LISA FOSTER,  aka Lisa Young, ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

From a time unknown up through and including on or about June 25, 2004, in the District of Hawaii, Defendant LISA FOSTER, also known as Lisa Young, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to

distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 275 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

### The Manner and Means of the Conspiracy

1. On or about June 25, 2004, Defendant LISA FOSTER distributed a quantity of methamphetamine to "DM" and "BK."

2. On or about June 25, 2004, DM and BK transported a quantity of methamphetamine from Oahu to the Big Island on Aloha Airlines Flight 270.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

DATED: _____, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Drug/Organized Crime
Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

UNITED STATES V. LISA FOSTER
Cr. No. _____
"Information"

2