# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 05-00360DAE

CASE NAME:          USA v. Lisa Foster

ATTYS FOR PLA:      Beverly Wee Sameshima

ATTYS FOR DEFT:     Lisa Foster

PTS:                Allison Thom

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    1/19/2006                TIME:       11:15am-11:30am

COURT ACTION:  EP: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked.

Defendant Lisa Foster present, not in custody.

Defendant admits to violation.  Court finds defendant guilty of violation.

Court does not revoke defendant's pretrial release.  Current bail conditions to remain.

Submitted by:  Theresa Lam, Courtroom Manager