EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00360 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO |
| | ) | CONTINUE SENTENCING; |
| vs. | ) | ORDER |
| | ) | |
| LISA FOSTER, | ) | |
| aka Lisa Young, | ) | Old Date:  06/26/06 |
| | ) | New Date:  09/07/06 |
| Defendant. | ) | |
| | ) | |

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America and the Defendant, Lisa Foster, by and through their respective counsel, that the sentencing date in this case currently set for June 26, 2006 at 1:30 a.m. be

continued to September 7, 2006 at 1:30 a.m. before the Honorable David A. Ezra.

   DATED:  June 29, 2006, at Honolulu, Hawaii.

           EDWARD H. KUBO, JR.
           United States Attorney
           District of Hawaii


         By  /s/ Beverly Wee Sameshima
           BEVERLY WEE SAMESHIMA
           Assistant U.S. Attorney


            /s/ Mark Zenger
           MARK ZENGER, ESQ.
           Attorney for Defendant

SO ORDERED:

DATED: Honolulu, Hawaii, July 6, 2006.

           _____
           David Alan Ezra
           United States District Judge




USA v. LISA FOSTER
Cr. No. 05-00360 DAE
"Stipulation to Continue Sentencing; Order"