PS8 HIPS-SUP-L-PETITN-01 (12.05)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP - 1 2006

at 10 o'clock and 25 min. AM
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. LISA FOSTER a.k.a. Lisa Young CRIMINAL NO. 05-00360DAE

Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant LISA FOSTER, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since September 6, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

Pursuant to 18 U.S.C. § 3145(a) that the Court review a release order.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth for a Bail Review Hearing.

ORDER OF COURT

Considered and ordered this 31st day of August, 2006 and ordered filed and made a part of the records in the above case.

DAVID ALAN EZRA
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 31, 2006

ALISON G.K. THOM
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii