AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

# UNITED STATES DISTRICT COURT
## District of Hawaii

at ___ o'clock and 05 min __M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 05-00360DAE |

LISA FOSTER aka Lisa Young
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | **Date and Time** |
| Before: Barry M. Kurren, United States Magistrate Judge | September 14, 2006 at 10:30 |

To Answer a(n) Pretrial Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:

Bail Review Hearing

[U.S. Postal Service Certified Mail Receipt, number 7005 1820 0002 1810 7321, Sent To: L. FOster 09/08/06 05-00360]

2006 SEP -8 AM 8:14 RECEIVED U.S. MARSHALS SERVICE HONOLULU, HI

September 7, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 05-00360DAE USA v. LISA FOSTER aka Lisa Young

## RETURN OF SERVICE

Service as made by me on:[1]                                    Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____             _____ Mark M. Hanohano
                    Date                              Name of United States Marshal


                                              _____
                                              (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lisa Foster
   59-510 Alapio Rd  B
   Haleiwa, HI  96712

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )
   [name]

C. Date of Delivery
   9-9-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)

7005 1820 0002 1810 7321

*Sender: Please print your name, address, and ZIP+4 in this box*

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850
Attn: [signature]

RECEIVED
2006 SEP 11 AM 10:57
U.S. MARSHALS SERVICE
HONOLULU, HI

UNITED STATES POSTAL SERVICE
09 SEP 2006 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10