# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00360DAE

CASE NAME:       USA v. Lisa Foster

ATTYS FOR PLA:   Beverly Wee Sameshima

ATTYS FOR DEFT:  Mark Zenger

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 09/28/2006 | TIME: | 10:38 - 10:42 |

COURT ACTION:   EP: Bail Review Hearing - deft present on bail.
Bail revoked.
Defendant remanded to the custody of the U.S. Marshal.

cc: USM

Submitted by Richlyn W. Young, courtroom manager