RICHARDS & ZENGER
Attorneys at Law,
a Law Corporation
MARK R. ZENGER, #3511
P.O. Box 3966
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile : (808) 632-0724

Attorney for Defendant
LISA FOSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LISA FOSTER,<br>　　aka Lisa Young,<br><br>　　　　Defendant. | CR. NO. 05-00360 DAE<br><br>**DEFENDANT LISA FOSTER'S NOTICE OF NON-OBJECTION; CERTIFICATE OF SERVICE**<br><br>**HEARING**<br>**DATE** : October 23, 2006<br>**TIME** : 2:30 p.m.<br>**JUDGE** : David A. Ezra |

**DEFENDANT LISA FOSTER'S NOTICE OF NON-OBJECTION**

Defendant LISA FOSTER has no objection to the Proposed Pre-Sentence Investigation Report in the above-captioned matter, and no requested additions to the Report.

DATED: Lihue, Kauai, Hawaii, October 23, 2006.

_____
MARK R. ZENGER
Attorney for Defendant

---

**DEFENDANT LISA FOSTER'S NOTICE OF NON-OBJECTION;** <u>U.S. v. Lisa Foster</u>, Cr. No. 05-00360 DAE.

---

RICHARDS & ZENGER
Attorneys at Law,
a Law Corporation
MARK R. ZENGER, #3511
P.O. Box 3966
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile : (808) 632-0724

Attorney for Defendant
LISA FOSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00360 DAE |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| LISA FOSTER,<br>aka Lisa Young, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **"DEFENDANT LISA FOSTER'S NOTICE OF NON-OBJECTION"** was served via hand delivery on the following persons on the date shown below.

BEVERLY WEE SAMESHIMA , ESQ.
CHRIS THOMAS, ESQ.
Assistant United States Attorney
District of Hawaii
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Facsimile No. (808) 541-2958

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED:  Lihue, Kauai, Hawaii, October 23, 2006.

_____
MARK R. ZENGER
Attorney for Defendant
LISA FOSTER

---

**CERTIFICATE OF SERVICE;**  U.S. v. Lisa Foster, Cr. No. 05-00360 DAE.

---